UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>NICOLASA ORELLANA, Debtor. | Case No.: 18-29848-VFP<br>Chapter: 7<br>Judge: Vincent F. Papalia |

### NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:    U.S. Bankruptcy Court
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on __Dec. 18, 2018__ at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description of property: 306 Woodside Avenue, Newark, NJ (3 Family home)
> Value: $375,000
> Less 10% costs of sale at about $37,500

> Liens on property: $336,000

> Amount of equity claimed as exempt: $23,675

Objections must be served on, and requests for additional information directed to:

Name:    Steven P. Kartzman, Esq./Chapter 7 Trustee, c/o Mellinger, Sanders & Kartzman, LLC

Address:    101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: 973-267-0220

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-29848-VFP
Nicolasa Orellana                                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 2            Date Rcvd: Nov 14, 2018
                            Form ID: pdf905        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db             +Nicolasa Orellana,    306 Woodside Ave.,    Newark, NJ 07104-3117
517797032      +Apex Asset Management, LLC,    2501 Oregon Pike, Ste. 102,    Org. acct. # 10089479-750575,
                 Lancaster, PA 17601-4890
517797033      +B&B Collections, Inc.,    P.O. Box 2137,    Toms River, NJ 08754-2137
517797034     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America, N. A.,    4161 Piedmont Parkway,
                 Greensboro, NC 27410)
517797035      +BioReference Laboratiries,    4 Westchester Plaza,    Ste. 110,    Elmsford, NY 10523-1615
517797036      +Clara Maass Emergency Medical Associates,    P.O. Box 6231,    Parsippany, NJ 07054-7231
517797037      +Clara Maass House Observation,    P.O. Box 8000,    Dept. 593,    Buffalo, NY 14267-0002
517797038      +FedLoan,    P.O. Box 69184,    Attn : Bankruptcy Dept.,    Harrisburg, PA 17106-9184
517797039      +FedLoan Servicing,    P.O. Box 60610,    Harrisburg, PA 17106-0610
517797040      +Horizon,    P.O Box 820,    Newark, NJ 07101-0820
517797041      +Horizon Blue Cross & Blue Shield of NJ,    P.O. Box 10193,    Invoice # 065822578,
                 Newark, NJ 07101-3117
517797042      +International Infectious Disease Assoc.,    5 Franklin Ave.,    Ste. 105,
                 Belleville, NJ 07109-3532
517797044      +LOA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
517797043      +Laboratory Corp. of America,    95 Madison Ave.,    Ste. AO1,    Morristown, NJ 07960-6092
517797046      +Saint Michael's Medical Center,    111 Central Ave.,    Newark, NJ 07102-1909
517797047      +Wells Fargo Dealer Services,    P.O. Box 168048,    MAC T9017-026,    Irving, TX 75016-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 01:45:31     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 01:45:27     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517797031      +E-mail/Text: bkrpt@retrievalmasters.com Nov 15 2018 01:45:26     American Medical Collection Agency,    4 Westchester Plaza,    Ste. 110,
                 Attn : Bankruptcy Dept.,    Elmsford, NY 10523-1615
517797045      +E-mail/Text: ebn@rwjbh.org Nov 15 2018 01:45:59     Saint Barnabas Medical Center,
                 94 Old Short Hills Rd.,    Livingston, NJ 07039-5668
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William P. Bonomo    on behalf of Debtor Nicolasa  Orellana nyattybill@aol.com,
               bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bes
               tcase.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 14, 2018
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
TOTAL: 5